**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>REGINALD BRIAN SUTTON AND LATESHA MICHELE SUTTON,<br>Address:  710 LA VON DR<br>RICHMOND, VA 23227-2229<br><br>Debtor(s).<br><br>TRUIST BANK, SUCCESSOR BY MERGER TO SUNTRUST BANK<br>    Plaintiff,<br><br>v.<br><br>REGINALD BRIAN SUTTON AND LATESHA MICHELE SUTTON,<br>Debtor(s)<br>CARL M. BATES<br>Trustee<br>    Defendants. | CASE NO: 19-30370-KRH<br><br>CHAPTER 13 |

## CERTIFICATE OF COMPLIANCE

Upon information provided by the Movant, undersigned counsel hereby files this Certificate of Compliance with respect to the Notice of Default filed with the Court on January 27, 2020. Movant respectfully represents as follows:

1. The Movant is the holder of a note secured by real property located at 710 La Von Drive, Richmond, VA 23227 (the "Property").

2. A Consent Order Modifying Automatic Stay (D.E. 47) dated October 18, 2019 has been entered in the present case. Pursuant to the terms of the Consent Order, the Debtor is

M. Christine Maggard, VSB# 33824
Brock & Scott, PLLC
8757 Red Oak Blvd., Suite 150
Charlotte, NC 28217
christine.maggard@brockandscott.com
*Counsel for the Movant*

in default for the following payments:

| | | | |
|---|---|---|---|
| Monthly Payment | From December 1, 2019 To January 1, 2020 | @ $1,028.05 each | $2,056.10 |
| Less Suspense Balance | | $743.90 | $-743.90 |
| | | | $1,312.20 |

3. Pursuant to the terms of the Consent Order, unless Debtor cures the default by tendering $1,312.20 in certified funds or cashier's check within fourteen (14) days of the date of the Notice of Default (January 27, 2020), the Court can grant relief from the automatic stay without further notice.

4. Movant has complied with the terms of the herein referenced Consent Order and Debtor have failed to cure the default as stated in the Notice of Default.

5. Movant requests that this Court grant it relief from the automatic stay without further need of notice or hearing and that it be permitted to seek foreclosure on the real property located at 710 La Von Drive, Richmond, VA 23227 (the "Property") consistent with its Motion for Relief previously filed herein as Docket Entry #31.

Dated:  February 14, 2020                    Respectfully Submitted,

/s/ M. Christine Maggard
M. Christine Maggard, VSB# 33824
Brock & Scott, PLLC
8757 Red Oak Blvd., Suite 150
Charlotte, NC 28217
christine.maggard@brockandscott.com
*Counsel for the Movant*

## CERTIFICATE OF SERVICE

The foregoing certificate was endorsed by and/or served upon all necessary parties pursuant to Local Rules by electronic notification and/or U.S. First Class Mail, postage pre-paid.

Suad Bektic
98 Alexandria Pike, Suite 10
Warrenton, VA 20186
*Counsel for Debtor*

REGINALD BRIAN SUTTON
710 LA VON DR
RICHMOND, VA 23227-2229
*Debtor*

LATESHA MICHELE SUTTON
710 LA VON DR
RICHMOND, VA 23227-2229
*Debtor*

Carl M. Bates
P. O. Box 1819
Richmond, VA 23218
*Trustee*

/s/ M. Christine Maggard
M. Christine Maggard, VSB# 33824
Brock & Scott, PLLC
8757 Red Oak Blvd., Suite 150
Charlotte, NC 28217
christine.maggard@brockandscott.com
*Counsel for the Movant*